JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH FLOYD PRUTTING, | ) | NO. CV 21-2283-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN FELIPE MARTINEZ, JR., | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: August 25, 2021.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE